**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| STANLEY V. CHESLOCK, | Case No. 12-50347 (JAM) |
| Debtor | June 10, 2019 |

**NOTICE OF PROPOSED ABANDONMENT OR DISPOSITION OF PROPERTY AND OPPORTUNITY FOR OBJECTIONS THERETO**

To all creditors, indenture trustees and committees appointed or elected in this case pursuant to law:

In accordance with Rule 6007 of the Bankruptcy Rules, notice is hereby given of the proposed abandonment or other disposition of the following described property:

One percent (1%) membership interest in 309 Taconic, LLC.

309 Taconic, LLC owns real property located at 309 Taconic Road, Greenwich, Connecticut. The debtor valued his 1% membership interest at $30,000.00 and asserted an exemption in said 1% interest in the amount of $10,450.00. Upon information and belief, the debtor's valuation was based on an estimated value for the real estate in the amount of approximately $10,000,000.00 and a mortgage debt of approximately $7,000,000.00. Recently, the Trustee has learned that the property is in foreclosure, and that the LLC's attempt to sell the property has been unsuccessful and has not resulted in a single offer.

It appears to the trustee that the asset set forth above ought to be abandoned pursuant to 11 U.S.C. §554 as set forth above.

Any person objecting to such abandonment or disposition of property should give written notice of such objection to the Clerk, at the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604 not later than **June 25, 2019** with a copy of such notice of objection to the Trustee. A hearing on such objection will be scheduled. If no timely objections are received by the Clerk, the Trustee will abandon or dispose of the property as aforesaid.

Dated: June 10, 2019.
/s/ Richard M. Coan
Richard M. Coan, Trustee (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, Connecticut 06511
Telephone:   (203) 624-4756
Facsimile:   (203) 865-3673
rcoan@coanlewendon.com