## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STANLEY V. CHESLOCK, | ) | Case No. 12-50347 (JAM) |
| | ) | |
| Debtor | ) | June 26, 2019 |

## ABANDONMENT OF PROPERTY AS AN ASSET OF THIS ESTATE

Richard M. Coan, Trustee in the above case, hereby abandons the following property as an asset of this estate for the reason that said property is of inconsequential value to this estate:

One percent (1%) membership interest in 309 Taconic, LLC.

The reason for the abandonment is set forth in the Notice of Proposed Abandonment of Property and Opportunity for Objections Thereto dated June 10, 2019.

 /s/ Richard M. Coan
Richard M. Coan, Trustee (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT 06511
Telephone:     (203) 624-4756
Facsimile:     (203) 865-3673
rcoan@coanlewendon.com